IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02881-MEH

DERRICK HUFFAKER,
    Plaintiff,

v.

NAPHCARE, INC.,
    Defendant.

---

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

---

To the Honorable United States District Court Judge:

COME NOW, Plaintiff Derrick Huffaker, by and through their counsel of record, hereby file this Motion to extend deadline to respond to Defendant's Motion to Dismiss (ECF 13) until December 20, 2024. In support of this motion, Plaintiff would show the Court as follows:

### PROCEDURAL HISTORY

1. On September 18, 2024, Plaintiff filed an Original Complaint and Jury Demand in the District Court, Mesa County, Colorado.

2. On October 17, 2024, Defendants filed a notice of removal of case to federal court.

3. On October 24, 2024, Defendants filed a Motion to Dismiss (ECF 13).

### REQUESTED RELIEF

4. Plaintiff now requests that his deadline to Respond to Defendants Motion to Dismiss (ECF 13) be extended until December 20, 2024.

5. Following Defendants' notice of removal to federal court, Plaintiff's counsel did not receive notice of a federal filing.

6. The notice attached to the state court pleading did not include the federal case number.

7. Previously, when Defendants have removed a state court filing in Colorado to federal court, Plaintiff's counsel was added as a contact for Plaintiff by the removing defendants.

8. However, in this case, Plaintiff's counsel was not listed as a contact and received nothing in the federal filing.

9. Plaintiff's counsel tried to find a case in federal court but was unable to do so.

10. When Plaintiff's counsel searched PACER for Mr. Huffaker, no federal cases appeared.

11. It was not until Tuesday, November 12, 2024 that Plaintiff's counsel found the case – which has Plaintiff's name misspelled.

12. When Defendants removed the case to federal court, they incorrectly spelled Plaintiff's last name "Huffacker" (with a "c") instead of "Huffaker" (without a "c").

13. Plaintiff's counsel saw that a motion to dismiss had been filed (ECF 13), and immediately reached out to counsel for Defendants asking for the exhibits to the motion, which were restricted. (ECF 13-1, 13-2).

14. Plaintiff's counsel explained that he had just learned of the federal filing due to not receiving notice of it previously and that Plaintiff's counsel would need to seek an extension of the response deadline due to leaving town the following day for an out-of-town mediation.

15. Plaintiff's counsel explained he would need to seek the extension until December 20, 2024, due to already scheduled conflicts.

16. Defense counsel would not agree to an extension; accordingly, this motion is opposed.

17. Plaintiff's counsel's schedule includes the following conflicts requiring an extension of his response deadline until December 20, 2024:

**November 14, 2024**: Mediation in McAllen, Texas, which required Plaintiff's counsel to travel on November 13, 2024, in a jail death case. *Martina Pena et al. v. Starr County, Texas et al.,* in the Southern District of Texas, McAllen Division. CIVIL ACTION NO. 7:22-cv-276.

**November 15, 2024**: Mediation in an excessive force case. *Linda Southam et al. v. Phillip Peterson and Michael Hand,* in District Court, Mesa County, Colorado. CIVIL ACTION NO. 2024CV030186.

**November 18, 2024**: Mediation in a case involving deliberate indifference to medical needs in a Texas prison. *Raymond Montez v. Texas Department of Criminal Justice in the Western District Division. CIVIL ACTION NO. 7:22-cv-00376.*

**November 19, 2024**: Mediation in an officer involved shooting death case. *Eva Moreno et al. v. Michael Dunn et al.,* in the Northern District of Texas, Dallas Division. CIVIL ACTION NO. 3:21-cv-1371.

**November 20, 2024**: Deposition of expert in an officer involved shooting death case. *David Pearson et al. v. Charles Gage.,* in the Northern District of Texas, Dallas Division. CIVIL ACTION NO. 3:22-cv-02597-K.

**November 22- December 2, 2024**: Plaintiff's counsel and his family have a prepaid family vacation to visit family for the Thanksgiving holiday.

**December 5, 2024**: Deposition of a defendant in a jail death case. *Martina Pena et al. v. Starr County, Texas et al.,* in the Southern District of Texas, McAllen Division. CIVIL ACTION NO. 7:22-cv-276.

**December 9, 2024**: Mediation in a jail suicide case. *Maria Garza et al. v. Starr County, Texas,* in the Southern District of Texas, McAllen Division. CIVIL ACTION NO. 7:22-cv-00376.

**December 10, 2024**: Jury trial in police K9 excessive force case. *Anthony Wagner v. City of Mesquite, Texas,* in the 68th Judicial District Court, Dallas County, Texas. CIVIL ACTION NO. DC-22-02864.

**December 16, 2024**: Pre-Trial Conference in a case involving deliberate indifference to medical needs in a Texas prison. *Raymond Montez v. Texas Department of Criminal Justice,* in the Western District of Texas, Pecos Division. CIVIL ACTION NO. 7:22-cv-00376.

18. This list does not include other less significant settings which still require Plaintiff's counsel's preparation and participation or other deadlines which require research and briefing to be completed.

19. Plaintiff's Counsel understands everyone is busy, but in an effort to provide the necessary attention that this case deserves, additional time is necessary for the completion of discovery and mediation.

20. Plaintiff's counsel also needs this extension to discuss the medical records attached to the Defendants' motion to dismiss.

21. This extension is not sought for any improper purpose and neither party will be prejudiced by the requested extension.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant his Motion by Extending Plaintiff's Deadline to respond to Defendant's Motion to Dismiss

4

until December 20, 2024. Plaintiff also requests all other relief, legal and equitable, general and special, to which the Court finds that he is so entitled.

Respectfully submitted,

*/s/ James P. Roberts*
JAMES P. ROBERTS
Texas Bar No. 24105721
SCOTT H. PALMER
Texas Bar No. 00797196

PALMER PERLSTEIN
15455 Dallas Parkway,
Suite 540
Addison, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
james@palmerperlstein.com
scott@palmerperlstein.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

I certify that Plaintiff's counsel James Roberts and Defense counsel Zach Williams discussed the need for this motion on November 13, 2024, and the Defendant is opposed.

/s/ *James P. Roberts*
JAMES P. ROBERTS

## **CERTIFICATE OF SERVICE**

I certify that on November 14, 2024, 2024, a copy of this motion was served on all parties of record via the Court's CM/ECF filing system.

/s/ *James P. Roberts*
JAMES P. ROBERTS

5