# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Chief Magistrate Judge Michael E. Hegarty

DATE: December 12, 2024

RE: *Huffacker v. Naphcare, Inc., et al.*, 24-cv-02881-RMR-MEH

    \_\_\_\_    A settlement conference was held, and although no settlement has been reached, the Court is continuing to work with the Parties.

    **X**    Informal settlement conversations were held over the past few weeks, and a settlement has been reached.

Settlement discussion, preparation and travel time involved: **1 hour**.

A written record was made    **X**    A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    \_\_\_\_    Since the last Minute Entry for Settlement in this case, the Court has engaged the Parties in settlement discussions or negotiations in the above-captioned case, including emails and phone calls, and a settlement has been reached as to:

    \_\_\_\_    All claims in this action.

Negotiation time involved: \_\_\_ hours \_\_\_ minutes.